

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00743-CV

John David **HODGES**,
Appellant

v.

Isabel **HODGES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of appeal are taxed against appellant.

SIGNED June 30, 2021.

_____
Liza A. Rodriguez, Justice